No. 612. UNITED STATES FIDELITY AND GUARANTY COMPANY *v.* UNITED STATES. November 23, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Stanleigh P. Friedman* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. Mahlon D. Kiefer* for the United States.

No. 613. LUTHER WALKER *v.* UNITED STATES. November 23, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. W. T. Kennerly* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. Mahlon D. Kiefer* for the United States.

No. 614. PIEDMONT COAL COMPANY ET AL. *v.* JAMES EDGAR HUSTEAD ET AL. November 23, 1926. Petition for a writ of certiorari to the Circuit Court of Ohio County of the State of West Virginia denied. *Messrs. David A. Reed, Samuel McClay, George Poffenbarger,* and *Frank W. Nesbitt* for petitioners. *Messrs. Charles McCamic* and *James Morgan Clarke* for respondents.

No. 621. ANDREW W. MELLON, DIRECTOR GENERAL OF RAILROADS, ETC. *v.* NEW YORK AND NEW JERSEY TRANSPORTATION COMPANY AND JOHN MOSK. November 23, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. James W. Ryan, Evan Shelby,* and *T. Catesby Jones* for petitioner. *Messrs. Pierre M. Brown* and *Horace L. Cheyney* for respondents.

No. 623. CHARLES H. GRAVES *v.* FRANK W. BRUNSKILL, CHIEF OF POLICE ET AL. November 23, 1926. Petition